**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

CHRISTOPHER L. CASTILLO,

      Plaintiff,

v.                                 No. CV 21-414 CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

      Defendant.

<u>**ORDER GRANTING APPLICATION TO PROCEED**</u>
<u>**IN FORMA PAUPERIS AND DIRECTING SERVICE**</u>

**THIS MATTER** is before the Court on Plaintiff Christopher L. Castillo's *Motion for Leave to Proceed in Forma Pauperis* (the "Motion"), (Doc. 2), filed May 3, 2021. The Court, having considered the Motion, finds that it is well-taken and should be **GRANTED**.

**IT IS HEREBY ORDERED** that this action is authorized to proceed without the prepayment of the filing fee, costs, or security therefore, pursuant to 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of the Summons and Complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel, in accordance with Fed. R. Civ. P. 4(c)(3).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE